UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 25-02535-HWV-13

John A Zunner and Jennifer Zunner  Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

>AmeriCredit Financial Services, Inc. dba GM Financial
>PO Box 183853
>Arlington, TX  76096

By /s/ Mandy Youngblood

>Mandy Youngblood
>PO Box 183853
>Arlington, TX  76096
>877-203-5538
>877-259-6417
>Customer.service.bk@gmfinancial.com

In re:                                                    Bankr. Case No. 25-02535-HWV-13

John A Zunner and Jennifer Zunner                        Chapter 13

       Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on September 14, 2025 :

Matthew Lazarus
2173 Embassy Drive
Unit 538
Lancaster, PA 17603

Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

By  /s/ Mandy Youngblood
      Mandy Youngblood

xxxxx90546 / 1119524