UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOHN A ZUNNER, <br>     JENNIFER ZUNNER, <br>         Debtor(s) | : CHAPTER 13 <br> : <br> : |
| JACK N. ZAHAROPOULOS <br> STANDING CHAPTER 13 TRUSTEE <br>         Movant | : <br> : <br> : |
| vs. | : |
| JOHN A ZUNNER, <br> JENNIFER ZUNNER, <br>         Respondent(s) | : <br> : <br> : CASE NO. 1-25-BK-02535-HWV |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, on this 15th day of December 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about December 9, 2025, be withdrawn as all issues have been resolved.

                                                  Respectfully submitted:

                                                  /s/Jack N. Zaharopoulos
                                                  Standing Chapter 13 Trustee
                                                  8125 Adams Drive, Suite A
                                                  Hummelstown, PA 17036
                                                  (717) 566-6097

CERTIFICATE OF SERVICE

    AND NOW, this 15th day of December 2025, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

MATTHEW LAZARUS, ESQUIRE
LAZARUS LAW, LLC
2173 EMBASSY DRIVE, UNIT 538
LANCASTER, PA 17603-

            /s/Ashley Schott_____
            Office of Jack N. Zaharopoulos
            Standing Chapter 13 Trustee