UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| JOHN A ZUNNER, : | |
| JENNIFER ZUNNER, : | CHAPTER 13 |
|    Debtor : | |
| : | |
| JACK N. ZAHAROPOULOS : | |
|   STANDING CHAPTER 13 TRUSTEE : | CASE NO. 1-25-BK-02535-HWV |
|    Movant : | |
| : | |
| JOHN A ZUNNER, : | |
| JENNIFER ZUNNER, : | |
|    Respondent | |

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 24th day of December 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

   a. Insufficient Monthly Net Income as indicated on Schedules I and J.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s)' Plan.
   b. Dismiss or convert Debtor(s)' case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R. Roeder
    Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this 24th day of December 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

MATTHEW LAZARUS, ESQUIRE
LAZARUS LAW, LLC
2173 EMBASSY DRIVE, UNIT 538
LANCASTER, PA 17603-

       /s/Ashley Schott
       Office of Jack N. Zaharopoulos
       Standing Chapter 13 Trustee