UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOHN A. ZUNNER, | : | CHAPTER 13 |
| JENNIFER ZUNNER, | : | |
|     Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
|     Movant | : | |
| | : | |
|     vs. | : | |
| | : | |
| JOHN A. ZUNNER, | : | |
| JENNIFER ZUNNER, | : | |
|     Respondent(s) | : | CASE NO. 1:25-BK-02535-HWV |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, on this 4th day of February 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about December 24, 2025, be withdrawn as all issues have been resolved.

          Respectfully submitted:

          /s/Jack N. Zaharopoulos
          Standing Chapter 13 Trustee
          8125 Adams Drive, Suite A
          Hummelstown, PA 17036
          (717) 566-6097

CERTIFICATE OF SERVICE

    AND NOW, this 4th day of February 2026, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

MATTHEW LAZARUS, ESQUIRE
LAZARUS LAW, LLC
2173 EMBASSY DRIVE, UNIT 538
LANCASTER, PA 17603-

              /s/Ashley Schott_____
              Office of Jack N. Zaharopoulos
              Standing Chapter 13 Trustee